1 McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 Michael R. Merritt
Nevada Bar No. 5720
3 Lee H. Gorlin
Nevada Bar No. 13879
4 8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
5 *michael.merritt@mccormickbarstow.com*
*lee.gorlin@mccormickbarstow.com*
6 Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101
7
Attorneys for Defendants, LAS VEGAS
8 MEADOWS and FORTUNE TRAVEL, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| ROBERT JOSEPH MCCARTY,<br><br>    Pro Se Plaintiff,<br><br>v.<br><br>LAS VEGAS MEADOWS, LTD, A California Limited Partnership; and FORTUNE TRAVEL, INC. GENERAL PARTNER, LAS VEGAS MEADOWS, LTD, A California Limited Partnership,<br><br>    Defendants. | Case No. 2:18-cv-00435-RFB-GWF<br><br>**STIPULATION TO WITHDRAW PENDING MOTION TO COMPEL DISCOVERY (DKT. NO. 19)** |

Defendants LAS VEGAS MEADOWS, LTD. and FORTUNE TRAVEL, INC., by and through their attorneys of record of the law firm McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, and Plaintiff ROBERT JOSEPH McCARTY, hereby file this Stipulation and Order to Withdraw Plaintiff's pending Motion to Compel Discovery (Dkt. No. 19).

/ / /

/ / /

/ / /

/ / /

2:18-cv-00435-RFB-GWF

STIPULATION TO WITHDRAW PENDING MOTION TO COMPEL DISCOVERY (DKT. NO. 19)

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

On September 26, 2018, Plaintiff contacted Defendants' Counsel regarding withdrawing his Motion to Compel Discovery (Dkt. No. 19). Plaintiff requested that Defendants' Counsel submit this stipulation thereto. Accordingly, Plaintiff and Defendants jointly request that this honorable Court grant this Stipulation and withdraw Plaintiff's Motion to Compel (Dkt. No. 19).

DATED this 26th day of September, 2018

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By //s// Lee H. Gorlin
Michael R. Merritt
Nevada Bar No. 5720
Lee H. Gorlin
Nevada Bar No. 13879
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendants, LAS VEGAS MEADOWS and FORTUNE TRAVEL, INC.

DATED this 26th day of September, 2018

By //s// Robert Joseph McCarty
Robert Joseph McCarty
4225 South Decatur Boulevard, Apartment 1136
Las Vegas, Nevada 89103
Tel. (702) 207-2280

Pro Se Plaintiff

IT IS SO ORDERED.

DATED this 27th September, 2018.

*George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2018, a true and correct copy of **STIPULATION TO WITHDRAW PENDING MOTION TO COMPEL DISCOVERY (DKT. NO. 19)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

I hereby certify that on this 26th day of September, 2018, a true and correct copy of **STIPULATION TO WITHDRAW PENDING MOTION TO COMPEL DISCOVERY (DKT. NO. 19)** was placed in an envelope, postage prepaid, addressed as stated below, in the basket for outgoing mail before 4:00 p.m. at MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP. The firm has established procedures so that all mail placed in the basket before 4:00 p.m. is taken that same day by an employee and deposited in a U.S. Mail box.

Robert Joseph McCarty (Pro-Se Plaintiff)
4225 S. Decatur Blvd., Apt. 1136
Las Vegas, NV 89103
702-339-7804
robert.trebor277661@yahoo.com

By *//s// Kristin Thomas*
Kristin Thomas, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

71997-00051 5364844.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

3  2:18-cv-00435-RFB-GWF
STIPULATION TO WITHDRAW PENDING MOTION TO COMPEL DISCOVERY (DKT. NO. 19)